In the Matter of WALTER C. VOLL, Appellant, against FREDERICK C. HELBING, as Superintendent of the New York State Vocational Institution, et al., Respondents.

Submitted January 2, 1945; decided January 11, 1945.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, without costs.